Opinion issued September 26, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-00839-CR

____________


MICHAEL WAYNE HALLMARK, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 862131






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant and counsel. We have not yet issued a decision. Accordingly,
the appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.